## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: National Rifle Association of v. Cuomo          Docket No.: 21-636

Lead Counsel of Record (name/firm) or Pro se Party (name): Andrew G. Celli, Jr. / Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Appearance for (party/designation): Maria T. Vullo / Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect.    Please change the following parties' designations:
Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
___8/22/2016___ OR that ( ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: Andrew G. Celli, Jr. _____
                OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.