**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 12, 2021  
Docket #: 21-636  
Short Title: National Rifle Association of v. Cuomo  

DC Docket #: 18-cv-566  
DC Court: NDNY (SYRACUSE)  
DC Judge: McAvoy  
DC Judge: Hummel  

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8653.