# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-one,

National Rifle Association of America,

    Plaintiff - Appellee

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant - Appellant,

Andrew Cuomo, both individually and in his official capacity, The New York State Department of Financial Services,

    Defendants.

**ORDER**
Docket No. 21-636

The Appellant Maria T. Vullo filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on April 5, 2021 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before May 17, 2021. The appeal is dismissed effective May 17, 2021 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court