**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: National Rifle Association of v. Cuomo    Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Debra L. Greenberger

Firm: Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Address: 600 Fifth Avenue, 10th Floor, New York, NY 10020

Telephone: 212-763-5000    Fax: 212-763-5001

E-mail: dgreenberger@ecbawm.com

Appearance for: Maria T. Vullo / Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew G. Celli, Jr. / Emery Celli Brinckerhoff Abady Ward & Maazel LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 12, 2018    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Debra L. Greenberger

Type or Print Name: Debra L. Greenberger