## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Rifle Association of v. Cuomo   Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Marissa Benavides

Firm: Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Address: 600 Fifth Ave., 10th Floor

Telephone: 212-763-5000   Fax: 212-763-5001

E-mail: mbenavides@ecbawm.com

Appearance for: Maria T. Vullo / Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrew G. Celli, Jr./Emery Celli Brinckerhoff Abady Ward & Maazel LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 5/17/2021.

Signature of Counsel: /s/ Marissa Benavides

Type or Print Name: Marissa Benavides