| | | |
|---|---|---|
| STATE OF NEW YORK | ) | **AFFIDAVIT OF SERVICE** |
| | ) ss.: | **BY OVERNIGHT EXPRESS** |
| COUNTY OF NEW YORK | ) | **MAIL** |

      I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

      **On May 17, 2021**

deponent served the within: **Confidential Joint Appendix (Filed Under Seal)**

      **upon:**

**Sarah B. Rogers**
**Brewer, Attorneys & Counselors**
**Attorneys for Plaintiff-Appellee**
**750 Lexington Avenue, 14th Floor**
**New York, New York 10022**
**(212) 489-1400**

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a postpaid properly addressed wrapper in a Post Office Official Overnight Express Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on May 17, 2021**

      **MARIA MAISONET**
Notary Public State of New York
No. 01MA6204360
Qualified in Queens County
Commission Expires Apr. 20, 2025      **Job# 303742**