DALLAS | NEW YORK

# BREWER
ATTORNEYS & COUNSELORS

May 25, 2021

**VIA ECF**

    Re:    *National Rifle Association v. Cuomo et. al., Case No. 21-636*

Dear Clerk of the Court:

We represent the National Rifle Association (the "NRA") in the above-referenced appeal. On May 17, 2021, Appellant Maria T. Vullo filed her brief (ECF Nos. 27,28,29). Pursuant to Local Rule 31.2, the NRA hereby requests that its deadline to file its Appellee's brief be set for August 16, 2021, which is 91 days after Appellant's brief was filed.

                      Sincerely,

                      Sarah B. Rogers