# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-one,

National Rifle Association of America,

    Plaintiff - Appellee

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant - Appellant,

Andrew Cuomo, both individually and in his official capacity, The New York State Department of Financial Services,

    Defendants.

ORDER

Docket No: 21-636

------------------------

Counsel for APPELLEE National Rifle Association of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 16, 2021 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before August 16, 2021. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

