**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-636      **Caption [use short title]**

**Motion for:** Extension of time

National Rifle Association of v. Cuomo

**Set forth below precise, complete statement of relief sought:**

Defendant-Appellant Maria Vullo requests that the deadline to file her reply brief be extended 14 days to September 21, 2021 for good cause.

**MOVING PARTY:** Maria T. Vullo    **OPPOSING PARTY:** National Rifle Association of America

☐ Plaintiff ☑ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Andrew G. Celli, Jr.    **OPPOSING ATTORNEY:** Sarah Rogers

[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff Abady Ward & Maazel LLP    Brewer, Attorneys & Counselors
600 Fifth Avenue, 10th Floor    750 Lexington Avenue, 14th Floor
New York, NY 10020    New York, NY 10022

**Court-Judge/Agency appealed from:** Northern District of New York - Hon. Thomas J. McAvoy

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Andrew G. Celli, Jr.    **Date:** 8/16/2021    **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COUR OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br>                Plaintiff-Appellee,<br><br>  -against-<br><br>MARIA T. VULLO, both individually and in her formal official capacity,<br><br>                Defendant-Appellant,<br><br>ANDREW CUOMO, both individually and in his official capacity, THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>                Defendants. | Case No. 21-0636 |

## DECLARATION OF ANDREW G. CELLI, JR.

I, ANDREW G. CELLI, JR., an attorney duly admitted to practice in the Second Circuit Court of Appeals, declare under penalty of perjury:

1. I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, attorneys for Defendant-Appellant Maria T. Vullo in this case.

2. I submit this affidavit and attached Form T-1080 in support of Ms. Vullo's motion for an extension of time to submit her reply memorandum of law in support of her appeal. Specifically, Ms. Vullo requests the deadline for her reply brief be extended from September 7, 2021 to September 21, 2021.

3. Plaintiff-Appellee in this case, the National Rifle Association of America, does not oppose the motion and does not intend to respond.

4. Ms. Vullo requests this brief extension because her counsel's schedule leaves little time to prepare a response to Plaintiff-Appellee's opposition brief, filed August 16, 2021, by September 7, 2021. In that period, I will need to (1) respond to dispositive motion practice in a complex, multi- defendant civil rights action involving the death of a disabled woman in state care, (2) travel between New York City and upstate New York and participate in an all-day mediation, and (3) conduct discovery in two different cases in Florida and in Pennsylvania. My colleague, Debra Greenberger, will also be unavailable to prepare a response as she will be on a long-scheduled vacation from August 23 to September 1, 2021. The scheduled due date, September 7, is also Jewish holiday (Rosh Hashanah) which certain of Ms. Vullo's counsel observe.

5. This schedule leaves Ms. Vullo's counsel very little time or availability between August 16 and September 7 to prepare Ms. Vullo's reply brief.

6. A short 14-day extension will allow Ms. Vullo's counsel adequate time to prepare a reply to Plaintiff-Appellee's opposition and will not prejudice the parties or cause undo delay of the proceedings.

7. Ms. Vullo further requests an extension of 14 days to account for the five days of Jewish religious observance on September 6-8 (beginning the eve of September 6) for Rosh Hashanah and the eve of September 15 through September 16 for Yom Kippur, that certain of her counsel observe.

8. For these reasons, Ms. Vullo respectfully requests a 14-day extension of time to submit her reply brief, from September 7 to September 21, 2021.

Dated: August 16, 2021
    New York, New York

    /s/ Andrew G. Celli, Jr.
    Andrew G. Celli, Jr.