# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-one.

_____

National Rifle Association of America,

   Plaintiff – Appellee,

v.

Maria T. Vullo, both individually and in her former official capacity,

   Defendant – Appellant.

_____

**ORDER**

Docket No. 21-636

Appellant moves for an extension of time to September 21, 2021 to file the reply brief. Appellee does not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

