**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: January 03, 2022<br>Docket #: 21-636cv<br>Short Title: National Rifle Association of v. Cuomo | DC Docket #: 18-cv-566<br>DC Court: NDNY (SYRACUSE)<br>DC Judge: McAvoy<br>DC Judge: Hummel |

**REVISED NOTICE OF HEARING DATE**

**Argument Date/Time:** Thursday, January 13, 2022 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:** 12 minutes per side (via ZoomGov Meeting)

The link for the zoom meeting is https://ca2-uscourts.zoomgov.com/j/1616178244?pwd=NStDM3A0TEhXRVVicFh6SU9CeTB5Zz09

Meeting ID: 161 617 8244
Passcode: 722694
One tap mobile
+16692545252,,1616178244#,,,,,,0#,,722694# US (San Jose)
+16468287666,,1616178244#,,,,,,0#,,722694# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 617 8244
Passcode: 722694

Only counsel and one co-counsel may dial in. All others must access the live stream, https://ww2.ca2.uscourts.gov/Court.html

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument. When signing into the Zoom meeting, anyone presenting oral argument should cause their display name to read as follows:

[Case No.] – [Attorney Name] – [Party Representing]

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or

stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

------------------------------------------------------------------------------------------------------------

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper. If filing electronically, you must use the "Notice of Telephonic Hearing Date Acknowledgement" event.**

Name of the Attorney/Pro Se presenting argument:
Firm Name (if applicable): Brewer, Attorneys & Counselors
Current Telephone Number: (212) 527-2587

The above named attorney represents:
( ) Appellant/Petitioner    (X) Appellee-Respondent ( )    Intervenor

Date: January 4, 2022         Signature: /s/ Sarah B. Rogers