# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-two,

Before:     Rosemary S. Pooler,
            Denny Chin,
            Susan L. Carney,
                *Circuit Judges*.

_____

National Rifle Association of America,

     Plaintiff – Appellee,

v.

Maria T. Vullo, both individually and in her former official capacity,

     Defendant - Appellant.

_____

**JUDGMENT**

Docket No. 21-636

The appeal in the above captioned case from an order of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's denial of Vullo's motion to dismiss is REVERSED and the case is REMANDED with directions for the district court to enter judgment for Vullo.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

