




Translate

Services  News  Government  COVID-19

Search

**Department of Financial Services**

Consumer Information | Applications & Filings | Industry Guidance | Reports & Publications | About Us

Search | DFS Portal

**Reports and Publications**

- Press Releases
- Subscribe to Press Releases
- Exams and Exam Reports
- Public Hearings
- Statements & Comments
- Weekly Bulletins
- DFS Annual Reports
- Other Reports
- Consumer Brochures (for Printing)
- Annual Reports Archive

December 19, 2018

# STATEMENT BY DFS SUPERINTENDENT MARIA T. VULLO

"After three incredibly rewarding years as DFS Superintendent, I have informed the Governor that I have decided not to continue to serve in this role for his third term. I thank the Governor for the tremendous opportunity to serve the People of New York in this important role of lasting impact. It has been a true privilege to serve as DFS Superintendent, particularly during a time when DFS's voice has been vital to protecting New Yorkers from federal government actions and to filling the voids in necessary consumer and market protections. DFS has championed key legislative initiatives over these past few years, and so I will remain as DFS Superintendent to see DFS's initiatives through the proposed executive budget, and will leave DFS on February 1, 2019."

"I am extremely proud of all of the work done at DFS over these past three years: protecting New York's consumers and markets, vigorously enforcing the law, setting prudent industry standards through regulations and guidance, ensuring fair access to financial services, modernizing agency operations, and assisting in the growth of New York's vital financial services industry for the benefit of consumers and businesses alike. DFS has had innumerable accomplishments. To name just a few: I am especially proud to have led DFS in cybersecurity, having promulgated a final regulation in March 2017 that is now the national standard for the protection of our nation's financial markets. I also am tremendously proud of our work to protect women's rights in the face of federal assaults, by mandating insurance coverage of contraceptives and abortions without cost-sharing, providing essential coverage for women suffering from maternal depression, providing a special health care open enrollment period for victims of domestic violence, and implementing New York's Paid Family Leave law. At all times, DFS has put consumers first, ensuring restitution for victims of financial harm, proposing key legislation to protect student loan borrowers and ensure transparency of pharmaceutical costs, promoting responsible and state-regulated fintech companies, and championing New York's robust usury laws and foreclosure protections."

"I have always believed that one's time in public service should be judged not by how that service rewards one's personal pursuits, but by the impact of that service on the lives of real people. I will leave DFS knowing that every day I dedicated my energies to the service of the People of this great State and to tangibly improving their lives in any way that I could. I will continue to be dedicated to these ideals as I pursue the opportunities that next await me."

"While I am very excited for the future, leaving DFS will be bittersweet. The DFS staff at all levels is second to none. I have been privileged to have the best executive team that any leader could hope for. Our work together has been impactful, and the memories will be lasting. So will the indelible image of Lady Liberty shining her light into our office every day at DFS, reminding this proud grandchild of immigrants of the great privilege of being an American and a New Yorker. I thank the Governor, the dedicated DFS team, and the People of this great State for the honor of serving you."

Cited in National Rifle Association of America v. Maria T. Vullo, no. 21-636-cv, argued on 9/22/2022. This document is protected by copyright. Further reproduction is prohibited without permission.

**Who We Supervise**

**Institutions That We Supervise**
The Department of Financial Services supervises many different types of institutions. Supervision by DFS may entail chartering, licensing, registration requirements, examination, and more.

Learn More

**Department of Financial Services**

| About Us | State Laws & Regulations | Website | Language Assistance |
|---|---|---|---|
| Mission and Leadership | State Codes, Rules & Regulations (NYCRR) | Accessibility & Reasonable Accommodations | Language Access Policies and Plans |
| Advisory Boards | State Laws (LBDC) | Disclaimer | |
| Institutions That We Supervise | State Bills & Laws (Senate) | Privacy Policy | |

