NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Rifle Association v. Vullo _____    Docket No.: 21-0636 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Noah Peters

Firm: Brewer, Attorneys & Counselors

Address: 750 Lexington Ave., 14th Floor, New York, New York 10022

Telephone: 2146534872    Fax:

E-mail: nbp@brewerattorneys.com

**Appearance for:** National Rifle Association of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brewer, Attorneys & Counselors )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Noah Peters

Type or Print Name: Noah Peters