| | |
|---|---|
| UNITED STATES COUR OF APPEALS FOR THE SECOND CIRCUIT | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>                Plaintiff-Appellee,<br><br>  -against-<br><br>MARIA T. VULLO, both individually and in her formal official capacity,<br><br>                Defendant-Appellant,<br><br>ANDREW CUOMO, both individually and in his official capacity, THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>                Defendants. | Case No. 21-0636 |

## VERIFICATION OF BILL OF COSTS

      I, MARISSA R. BENAVIDES, an attorney duly admitted to practice before this Court, affirm the following:

      1.     I am an attorney at the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Defendant-Appellant Maria T. Vullo.

      2.     The foregoing printing costs contained in this bill of costs were computed for each respective filing by multiplying the number of pages by the maximum rate of $0.20 per page set by the Court pursuant to L.R. 39.1, then

multiplying the total page cost by the 6 necessary copies printed and submitted, then adding the maximum charges for covers ($125 per cover) and bindings ($5) set by the Court pursuant to L.R. 39.1.

      3.      The maximum charges for printing set by the Court pursuant to L.R. 39.1 are less than the actual rate charged.

      4.      Attached hereto are true and correct copies of the printing invoices submitted to Appellant in relation to this appeal.

      5.      The information contained in this bill of costs is true and accurate to the best of my knowledge.

Dated: October 6, 2022
      New York, New York

                                        /s/ Marissa R. Benavides
                                        Marissa R. Benavides

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I caused the foregoing document(s) to be submitted to the Court's CM/ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                              /s/ Marissa R. Benavides
                                              Marissa R. Benavides

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 22, 2022
Docket #: 21-636cv
Short Title: National Rifle Association of v. Cuomo

DC Docket #: 18-cv-566
DC Court: NDNY (SYRACUSE)
DC Judge: McAvoy
DC Judge: Hummel

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
_____Defendant-Appellant Maria T. Vullo_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_____Plaintiff-Appellee National Rifle Association of America_____

and in favor of
_____Defendant-Appellant Maria T. Vullo_____

for insertion in the mandate.

Docketing Fee      $505.00

Costs of printing appendix (necessary copies __6 copies__)   $908.40

Costs of printing brief (necessary copies __6 copies__)   $181.60

Costs of printing reply brief (necessary copies __6 copies__)   $163.40

**(VERIFICATION HERE)**

See attached verification.                                    /s/ Marissa Benavides
                                                              Signature

# Invoice

| | |
|---|---|
| Invoice Number: | 0009124320 |
| Date: | 05/26/2021 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

## Sold To

Emery Celli Brinckerhoff Abady

New York, NY 10020 USA

Attention: Marissa Benavides, Esq.

File No.: 303742
Court: USCOA - 2ND
Case Name: National Rifle Assn v. Cuomo

For Reproduction of:

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | JOINT APPENDIX | | | |
| | Preparation of Appendix - 2 Volumes | | | |
| 2.00 | Cover(s) - 1st Side | @ | $140.00 | $280.00 |
| 2.00 | Page(s) Table of Contents | @ | $105.00 | $210.00 |
| 365.00 | Page(s) | @ | $4.15 | $1,514.75 |
| 365.00 | Numbered Make Ready | @ | $0.30 | $109.50 |
| 3.00 | Hour(s) Paralegal Time | @ | $125.00 | $375.00 |
| 2.00 | Electronic File Production and Review | @ | $150.00 | $300.00 |
| 3.00 | File Upload(s) | @ | $50.00 | $150.00 |
| 1.00 | Service(s) of Documents | @ | $35.00 | $35.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $141.00 | $141.00 |

01-LM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $3,195.25 |
| Sales Tax | $283.58 |
| | $ 0.00 |
| Payment/Credit | $3,478.83 |
| Balance | $0.00 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Invoice Number: 0009124321
Date: 05/26/2021
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Emery Celli Brinckerhoff Abady

New York, NY 10020   USA

Attention: Marissa Benavides, Esq.

File No.: 303742
Court: USCOA - 2ND
Case Name: National Rifle Assn v. Cuomo

Amount

For Reproduction of:

JOINT APPENDIX - FILED UNDER SEAL
Preparation of Appendix - 1 Volume

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1.00 | Cover(s) - 1st Side | @ | $140.00 | $140.00 |
| 1.00 | Page(s) Table of Contents | @ | $105.00 | $105.00 |
| 67.00 | Page(s) | @ | $4.15 | $278.05 |
| 67.00 | Numbered Make Ready | @ | $0.30 | $20.10 |
| 1.00 | Hour(s) Paralegal Time | @ | $125.00 | $125.00 |
| 1.00 | Electronic File Production and Review | @ | $150.00 | $150.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |

**01-LM**

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal $868.15
Sales Tax $77.05
$ 0.00
Payment/Credit $945.20
Balance $0.00

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

# Invoice

| | |
|---|---|
| Invoice Number: | 0009124322 |
| Date: | 05/26/2021 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

**Sold To**

Emery Celli Brinckerhoff Abady

New York, NY 10020  USA

Attention: Marissa Benavides, Esq.

File No.: 303742
Court: USCOA - 2ND
Case Name: National Rifle Assn v. Cuomo

For Reproduction of:

APPELLANT'S BRIEF & SPECIAL APPENDIX

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1.00 | Preparation of Brief & Appendix | @ | $910.00 | $910.00 |
| 1.00 | Page(s) Table of Contents | @ | $105.00 | $105.00 |
| 43.00 | Numbered Make Ready | @ | $0.30 | $12.90 |
| 1.00 | Hour(s) Paralegal Time | @ | $125.00 | $125.00 |
| 1.00 | Electronic File Production and Review | @ | $150.00 | $150.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |

01-LM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,352.90 |
| Sales Tax | $120.07 |
| | $ 0.00 |
| Payment/Credit | $1,472.97 |
| **Balance** | $0.00 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

# **Invoice**

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

| | |
|---|---|
| Invoice Number: | 0009128452 |
| Date: | 09/23/2021 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To**

Emery Celli Brinckerhoff Abady

New York, NY 100202323  USA

| | | | |
|---|---|---|---|
| Attention: | Marissa Benavides, Esq. | File No.: | 306879 |
| | | Court: | USCOA - 2ND |
| | | Case Name: | National Rifle Assn. v. Cuomo |

**Amount**

For Reproduction of:

REPLY BRIEF

| | | | | |
|---|---|---|---|---|
| 1.00 | Preparation of Brief Page(s) | @ | $405.00 | $405.00 |
| 1.00 | Electronic File Production and Review | @ | $75.00 | $75.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $61.00 | $61.00 |

**01-LM**

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $671.00 |
| Sales Tax | $59.55 |
| | $ 0.00 |
| Payment/Credit | $730.55 |
| **Balance** | $0.00 |