# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty-three.

_____

National Rifle Association of America,

    Plaintiff - Appellee

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant - Appellant.

_____

**STATEMENT OF COSTS**

Docket No. 21-636

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,758.40 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/10/2023