# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 6, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Rifle Association of America
          v. Maria T. Vullo
          No. 22M73
          (Your No. 21-636)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted.

Sincerely,

**Scott S. Harris**, Clerk