# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 6, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Rifle Association of America
           v. Maria T. Vullo
           No. 22-842
           (Your No. 21-636-cv)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 7, 2023 and placed on the docket March 6, 2023 as No. 22-842.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Jeffrey Atkins
                      Deputy Clerk