# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 3, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Rifle Association of America
           v. Maria T. Vullo
           No. 22-842
           (Your No. 21-636-cv)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Goldwater Institute for leave to file a brief as *amicus curiae* is denied.  The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk