**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 30, 2024
Docket #: 21-636cv
Short Title: National Rifle Association of v. Vullo

DC Docket #: 18-cv-566
DC Court: NDNY (SYRACUSE)
DC Judge: McAvoy
DC Judge: Hummel

Scott S. Harris
Clerk of Court
Supreme Court of the United States
Washington, D.C. 20543

Supreme Ct. Docket No. 22-842

Dear Mr. Harris:

Enclosed herewith are copies of all papers filed in this Court, sent at the request of M. Altner, Assistant Clerk-Judgments, for use in connection with a petition for a writ of certiorari.

Please acknowledge receipt of these papers on the duplicate copy of this letter and return it to me. All inquiries regarding this case may be directed to 212-857-8541.

Also, please note that this Court is not in possession of the lower court record. As your letter requested, this office has forwarded to the district court a copy of your letter to transmit its record directly to your office. Accordingly, you should receive the lower court record directly from the district court.

Receipt Acknowledged:

_____
Name

_____
Date

Very truly yours,

Catherine O'Hagan Wolfe,
Clerk of Court

Enclosures
cc: All counsel of record