United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 30, 2024
Docket #: 21-636cv
Short Title: National Rifle Association of v. Vullo

DC Docket #: 18-cv-566
DC Court: NDNY (SYRACUSE)
DC Judge: McAvoy
DC Judge: Hummel

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit, do hereby certify that the enclosed documents, numbered from 1, 2, 4, 7, 8, 9 , 17, 21, 22, 25, 26, 27, 28, 29, 30, 33 (sealed), 34, 37, 45, 46, 49, 52, 53, 56, 65, 66, 67, 68, 72, 73, 79, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 93, 97, 102, 103, 106, 107, 108, 109, 110 and 112 comprise the original documents filed in this Court, and the same remain of record and on file in my office.

IN TESTIMONY WHEREOF, I have caused
the seal of the said Court to be hereunto affixed,
at the City of New York, in the Second Circuit,
this 30th day of January, in the year of our Lord
two thousand twenty-four, and of the Independence
of the said United States, the two hundred forty-eighth year.

_____
CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/30/2024