**General Docket**

**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 21–636 | **Docketed:** 03/22/2021 |
| **Nature of Suit:** 3440 CIVIL RIGHTS–Other | **Termed:** 09/22/2022 |
| National Rifle Association of v. Vullo | |
| **Appeal From:** NDNY (SYRACUSE) | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** Civil
   **2)** Private
   **3)** –

**Originating Court Information:**
   **District:** 0206–5 : 18–cv–566
   **Trial Judge:** Thomas J. McAvoy, U.S. District Judge
   **Trial Judge:** Christian F. Hummel, U.S. Magistrate Judge
   **Date Filed:** 05/11/2018

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 03/22/2021 | 03/22/2021 | 03/22/2021 |

**Prior Cases:**
   None

**Current Cases:**
   None

| | |
|---|---|
| **Panel Assignment:** | Not available |

CERTIFIED COPY ISSUED ON 01/30/2024

| | |
|---|---|
| National Rifle Association of America<br>    Plaintiff − Appellee | Sarah Brooke Rogers, Esq., −<br>Direct: 212−489−1400<br>[COR LD NTC Retained]<br>Brewer, Attorneys & Counselors<br>14th Floor<br>750 Lexington Avenue<br>New York, NY 10022<br><br>Noah Barnett Peters, Esq., −<br>Direct: 434−466−4641<br>[COR NTC Retained]<br>Brewer, Attorneys & Counselors<br>Suite 5900<br>1717 Main Street<br>Dallas, TX 75201 |

------------------------------

Andrew Cuomo, both individually and in his official capacity
    Defendant

The New York State Department of Financial Services
    Defendant

------------------------------

| | |
|---|---|
| Maria T. Vullo, both individually and in her former official capacity<br>    Defendant − Appellant | Marissa Benavides, Esq., −<br>[COR NTC Retained]<br>Emery Celli Brinckerhoff Abady Ward & Maazel LLP<br>600 Fifth Avenue<br>New York, NY 10020<br><br>Andrew G. Celli, Jr., −<br>Direct: 212−763−5000<br>[COR NTC Retained]<br>Emery Celli Brinckerhoff & Abady LLP<br>20th Floor<br>600 Fifth Avenue<br>New York, NY 10020<br><br>Debra L. Greenberger, Esq., −<br>Direct: 212−763−5000<br>[COR NTC Retained]<br>Emery Celli Brinckerhoff Abady Ward & Maazel LLP<br>10th Floor<br>600 Fifth Avenue<br>New York, NY 10020 |

National Rifle Association of America,

    Plaintiff – Appellee

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant – Appellant.

| | | |
|---|---|---|
| 03/22/2021 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Maria T. Vullo, FILED. [3061553] [21−636] [Entered: 03/23/2021 09:21 AM] |
| 03/22/2021 | 2 | DISTRICT COURT DECISION AND ORDER, dated 03/15/2021, RECEIVED.[3061562] [21−636] [Entered: 03/23/2021 09:24 AM] |
| 03/22/2021 | 3 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Maria T. Vullo, district court receipt # ANYNDC−5465068, FILED.[3061565] [21−636] [Entered: 03/23/2021 09:25 AM] |
| 03/22/2021 | 4 | ELECTRONIC INDEX, in lieu of record, FILED.[3061569] [21−636] [Entered: 03/23/2021 09:27 AM] |
| 04/05/2021 | 7 | FORM C, on behalf of Appellant Maria T. Vullo, FILED. Service date 04/05/2021 by CM/ECF.[3070804] [21−636] [Entered: 04/05/2021 05:58 PM] |
| 04/05/2021 | 8 | FORM D, on behalf of Appellant Maria T. Vullo, FILED. Service date 04/05/2021 by CM/ECF.[3070805] [21−636] [Entered: 04/05/2021 05:59 PM] |
| 04/06/2021 | 9 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Maria T. Vullo, FILED. Service date 04/06/2021 by CM/ECF.[3072026] [21−636] [Entered: 04/06/2021 04:10 PM] |
| 04/12/2021 | 16 | NEW CASE MANAGER, Jasmine Beard, ASSIGNED.[3075103] [21−636] [Entered: 04/12/2021 09:39 AM] |
| 04/12/2021 | 17 | NOTICE, to Appellee National Rifle Association of America , for failure to file an appearance, SENT.[3075117] [21−636] [Entered: 04/12/2021 09:44 AM] |
| 04/21/2021 | 21 | ORDER, setting Appellant brief due date as 05/17/2021, for Appellant Maria T. Vullo failure to submit a scheduling notification, FILED.[3082820] [21−636] [Entered: 04/21/2021 03:12 PM] |
| 04/22/2021 | 22 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellant Maria T. Vullo, FILED. Service date 04/22/2021 by CM/ECF. [3084108] [21−636] [Entered: 04/22/2021 02:35 PM] |
| 04/22/2021 | 23 | ATTORNEY, Debra L. Greenberger for Maria T. Vullo, in case 21−636 , [22], ADDED.[3084153] [21−636] [Entered: 04/22/2021 03:02 PM] |
| 04/27/2021 | 25 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee National Rifle Association of America, FILED. Service date 04/27/2021 by CM/ECF.[3088022] [21−636] [Entered: 04/27/2021 05:12 PM] |
| 05/17/2021 | 26 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by CM/ECF. [3102195] [21−636] [Entered: 05/17/2021 02:13 PM] |
| 05/17/2021 | 27 | JOINT APPENDIX, volume 1 of 2, (pp. 1−208), on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by CM/ECF.[3102357] [21−636] [Entered: 05/17/2021 03:54 PM] |
| 05/17/2021 | 28 | JOINT APPENDIX, volume 2 of 2, (pp. 209−365), on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by CM/ECF.[3102363] [21−636] [Entered: 05/17/2021 03:57 PM] |
| 05/17/2021 | 29 | BRIEF & SPECIAL APPENDIX, on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by CM/ECF. [3102369] [21−636] [Entered: 05/17/2021 03:58 PM] |
| 05/17/2021 | 30 | CERTIFICATE OF SERVICE, for Confidential Joint Appendix (Filed Under Seal), on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by CM/ECF, US mail.[3102375] [21−636] [Entered: 05/17/2021 04:00 PM] |
| 05/18/2021 | 31 | ATTORNEY, Marissa Benavides for Maria T. Vullo, in case 21−636 , [26], ADDED.[3102778] [21−636] [Entered: 05/18/2021 10:25 AM] |
| 05/19/2021 | | |

| | | |
|---|---|---|
| | 33 | SEALED APPENDIX, volume 1 of 1, on behalf of Appellant Maria T. Vullo, FILED. Service date 05/17/2021 by US mail.[3105479] [21−636] [Entered: 05/21/2021 11:57 AM] |
| 05/25/2021 | 34 | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellee National Rifle Association of America, informing Court of proposed due date 08/16/2021, RECEIVED. Service date 05/25/2021 by CM/ECF.[3108062] [21−636] [Entered: 05/25/2021 05:32 PM] |
| 05/26/2021 | 37 | SO−ORDERED SCHEDULING NOTIFICATION, setting Appellee National Rifle Association of America Brief due date as 08/16/2021, FILED.[3108285] [21−636] [Entered: 05/26/2021 10:30 AM] |
| 08/16/2021 | 45 | BRIEF, on behalf of Appellee National Rifle Association of America, FILED. Service date 08/16/2021 by CM/ECF. [3156968] [21−636] [Entered: 08/16/2021 02:51 PM] |
| 08/16/2021 | 46 | MOTION, to extend time, on behalf of Appellant Maria T. Vullo, FILED. Service date 08/16/2021 by CM/ECF. [3157112] [21−636] [Entered: 08/16/2021 04:47 PM] |
| 08/17/2021 | 49 | MOTION ORDER, granting motion to extend time until 09/21/2021 to file the appellants reply brief,[46] filed by Appellant Maria T. Vullo, FILED. [3157406][49] [21−636] [Entered: 08/17/2021 11:02 AM] |
| 09/21/2021 | 52 | REPLY BRIEF, on behalf of Appellant Maria T. Vullo, FILED. Service date 09/21/2021 by CM/ECF. [3177513] [21−636] [Entered: 09/21/2021 01:55 PM] |
| 09/23/2021 | 53 | ORAL ARGUMENT STATEMENT LR 34.1 (a), on behalf of filer Attorney Andrew G. Celli, Jr. for Appellant Maria T. Vullo, FILED. Service date 09/23/2021 by CM/ECF. [3179091] [21−636] [Entered: 09/23/2021 01:52 PM] |
| 09/23/2021 | 56 | ORAL ARGUMENT STATEMENT LR 34.1 (a), on behalf of filer Attorney Mrs. Sarah Brooke Rogers, Esq. for Appellee National Rifle Association of America, FILED. Service date 09/23/2021 by CM/ECF. [3179467] [21−636] [Entered: 09/23/2021 08:44 PM] |
| 09/30/2021 | 61 | CASE CALENDARING, for the week of 01/10/2022, PROPOSED.[3184555] [21−636] [Entered: 09/30/2021 03:02 PM] |
| 11/10/2021 | 63 | CASE CALENDARING, for argument on 01/13/2022, SET.[3209076] [21−636] [Entered: 11/10/2021 02:07 PM] |
| 12/15/2021 | 65 | ARGUMENT NOTICE, to attorneys/parties, TRANSMITTED. Note: Listed counsel must log on to CM/ECF in order to view the attachment. [3228865] [21−636] [Entered: 12/15/2021 03:14 PM] |
| 01/03/2022 | 66 | REVISED ARGUMENT NOTICE, to attorneys/parties, TRANSMITTED. Note: Listed counsel must log on to CM/ECF in order to view the attachment. [3236414] [21−636] [Entered: 01/03/2022 01:32 PM] |
| 01/04/2022 | 67 | NOTICE OF HEARING DATE ACKNOWLEDGMENT, on behalf of Appellant Maria T. Vullo, FILED. Service date 01/04/2022 by CM/ECF. Note: Listed counsel must log on to CM/ECF in order to view the attachment. [3237319] [21−636] [Entered: 01/04/2022 02:09 PM] |
| 01/04/2022 | 68 | NOTICE OF HEARING DATE ACKNOWLEDGMENT, on behalf of Appellee National Rifle Association of America, FILED. Service date 01/04/2022 by CM/ECF. [3237368] [21−636] [Entered: 01/04/2022 02:45 PM] |
| 01/13/2022 | 69 | CASE, before RSP, DC, SLC, HEARD.[3243219] [21−636] [Entered: 01/13/2022 11:44 AM] |
| 02/23/2022 | 71 | NEW CASE MANAGER, Dana Ellwood, ASSIGNED.[3265822] [21−636] [Entered: 02/23/2022 10:09 AM] |
| 09/22/2022 | 72 | OPINION, reversing the district court's denial of Vullo's motion to dismiss and remanding the case with directions for the district court to enter judgment for Vullo, by RSP, DC, SLC, FILED.[3386580] |

| Date | # | Description |
|---|---|---|
| | | [21−636] [Entered: 09/22/2022 09:46 AM] |
| 09/22/2022 | 73 | CERTIFIED ORDER, dated 09/22/2022, to NDNY (SYRACUSE), ISSUED.[3386582] [21−636] [Entered: 09/22/2022 09:49 AM] |
| 09/22/2022 | 74 | CAPTION, pursuant to OPINION, AMENDED.[3386586] [21−636] [Entered: 09/22/2022 09:51 AM] |
| 09/22/2022 | 76 | NEW CASE MANAGER, Yenni Liu, ASSIGNED.[3386590] [21−636] [Entered: 09/22/2022 09:55 AM] |
| 09/22/2022 | 79 | JUDGMENT, FILED.[3386706] [21−636] [Entered: 09/22/2022 11:23 AM] |
| 09/22/2022 | 81 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387105] [21−636] [Entered: 09/22/2022 03:49 PM] |
| 09/22/2022 | 82 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387108] [21−636] [Entered: 09/22/2022 03:50 PM] |
| 09/22/2022 | 83 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387110] [21−636] [Entered: 09/22/2022 03:52 PM] |
| 09/22/2022 | 84 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387112] [21−636] [Entered: 09/22/2022 03:52 PM] |
| 09/22/2022 | 85 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387113] [21−636] [Entered: 09/22/2022 03:53 PM] |
| 09/22/2022 | 86 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387115] [21−636] [Entered: 09/22/2022 03:54 PM] |
| 09/22/2022 | 87 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387117] [21−636] [Entered: 09/22/2022 03:55 PM] |
| 09/22/2022 | 88 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387119] [21−636] [Entered: 09/22/2022 03:55 PM] |
| 09/22/2022 | 89 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387121] [21−636] [Entered: 09/22/2022 03:56 PM] |
| 09/22/2022 | 90 | INTERNET CITATION NOTE: Material from decision with internet citation, ATTACHED.[3387126] [21−636] [Entered: 09/22/2022 03:59 PM] |
| 10/05/2022 | 91 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee National Rifle Association of America, FILED. Service date 10/05/2022 by CM/ECF. [3394066] [21−636] [Entered: 10/05/2022 12:57 PM] |
| 10/05/2022 | 92 | ATTORNEY, Noah Barnett Peters for National Rifle Association of America, in case 21−636 [91], ADDED.[3394069] [21−636] [Entered: 10/05/2022 12:59 PM] |
| 10/06/2022 | 93 | ITEMIZED BILL OF COSTS, on behalf of Appellant Maria T. Vullo, FILED. Service date 10/06/2022 by CM/ECF.[3395283] [21−636] [Entered: 10/06/2022 04:09 PM] |
| 10/06/2022 | 95 | MOTION, for rehearing en banc, on behalf of Appellee National Rifle Association of America, FILED. Service date 10/06/2022 by CM/ECF. [3395337] [21−636] [Entered: 10/06/2022 04:48 PM] |
| 10/06/2022 | 96 | DEFECTIVE DOCUMENT, PETITION FOR REHEARING/REHEARING EN BANC [95], on behalf of Appellee National Rifle Association of America, FILED.[3395346] [21−636] [Entered: 10/06/2022 04:54 PM] |

| | | |
|---|---|---|
| 10/06/2022 | 97 | PETITION FOR REHEARING/REHEARING EN BANC, on behalf of Appellee National Rifle Association of America, FILED. Service date 10/06/2022 by CM/ECF.[3395366] [21−636] [Entered: 10/06/2022 05:12 PM] |
| 10/07/2022 | 98 | CURED DEFECTIVE PETITION FOR REHEARING/REHEARING EN BANC [97], [95], on behalf of Appellee National Rifle Association of America, FILED.[3395433] [21−636] [Entered: 10/07/2022 08:27 AM] |
| 11/09/2022 | 102 | ORDER, petition for panel rehearing, or, in the alternative, for rehearing en banc, denied, FILED.[3417064] [21−636] [Entered: 11/09/2022 11:43 AM] |
| 11/16/2022 | 103 | JUDGMENT MANDATE, ISSUED.[3420476] [21−636] [Entered: 11/16/2022 08:29 AM] |
| 02/10/2023 | 106 | STATEMENT OF COSTS, on behalf of Appellant Maria T. Vullo, FILED.[3467407] [21−636] [Entered: 02/10/2023 01:22 PM] |
| 02/10/2023 | 107 | CERTIFIED ORDER, dated 02/10/2023, to NDNY, ISSUED.[3467409] [21−636] [Entered: 02/10/2023 01:23 PM] |
| 03/06/2023 | 108 | U.S. SUPREME COURT ORDER, dated 03/06/2023, the motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted, RECEIVED.[3478651] [21−636] [Entered: 03/06/2023 03:05 PM] |
| 03/07/2023 | 109 | U.S. SUPREME COURT NOTICE of writ of certiorari filing, dated 03/06/2023, U.S. Supreme Court docket # 22−842, RECEIVED.[3479456] [21−636] [Entered: 03/07/2023 02:58 PM] |
| 11/06/2023 | 110 | U.S. SUPREME COURT ORDER, the motion of Goldwater Institute for leave to file a brief as amicus curiae is denied. The petition for a writ of certiorari is granted limited to Question 1 presented by the petition dated 11/03/2023, RECEIVED.[3588005] [21−636] [Entered: 11/06/2023 03:50 PM] |
| 01/29/2024 | 112 | U.S. SUPREME COURT LETTER, dated 01/29/2024, for certified records, RECEIVED.[3606883] [21−636] [Entered: 01/30/2024 08:50 AM] |

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*