# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand twenty-four.

Before:      Susan L. Carney,
              *Circuit Judge,*

_____

National Rifle Association of America,

        Plaintiff – Appellee,

v.

Maria T. Vullo, both individually and in her former official capacity,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 21-636

Appellant moves the Court to strike the joint appendix at Dkt. No. 27 and for leave to file a redacted version of the appendix on the public docket. Appellee consents to the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court