## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Rifle Association v. Vullo     Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Neal Kumar Katyal

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street NW, Washington, DC 20004

Telephone: (202) 637-5600     Fax: (202) 637-5910

E-mail: neal.katyal@hoganlovells.com

Appearance for: Maria T. Vullo (Appellant)
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Andrew G. Celli, Jr. (Emery Celli Brinckerhoff Abady Ward & Maazel LLP))
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 02/21/2023     OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Neal Kumar Katyal

Type or Print Name: Neal Kumar Katyal