**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: National Rifle Association v. Vullo          Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William E. Havemann

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street NW, Washington, DC 20004

Telephone: (202) 637-5600          Fax: (202) 637-5910

E-mail: will.havemann@hoganlovells.com

Appearance for: Maria T. Vullo (Appellant)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: Marissa Benavides and Debra L Greenberger (Emery Celli Brinckerhoff Abady Ward & Maazel LLP) )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/11/2023          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ William E. Havemann

Type or Print Name: William E. Havemann