# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 1, 2024

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  National Rifle Assn. of Am.
            v. Maria T. Vullo
           No. 22-842 (Your docket No. 21-636-cv)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            M. Altner
                            Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 1, 2024

Mr. Eugene Volokh, Esq.
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095

Mr. Neal Kumar Katyal, Esq.
Hogan Lovells US LLP
555 Thirteenth St., NW
Washington, D.C. 20004

    **Re:  National Rifle Assn. of Am.
          v. Maria T. Vullo
          No. 22-842**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of joint appendix:** | **$1,754.55** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$2,054.55** |

    This amount may be recovered from the respondent.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            M. Altner
                            Assistant Clerk– Judgments

cc:  Clerk, 2d Cir.
      (Your docket No. 21-636-cv)

# Supreme Court of the United States

No. 22–842

**NATIONAL RIFLE ASSOCIATION OF AMERICA,**

Petitioner

v.

**MARIA T. VULLO**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, National Rifle Association of America, recover from Maria T. Vullo, Two Thousand Fifty-four Dollars and Fifty-five Cents ($2,054.55) for costs herein expended.

May 30, 2024

**Printing of joint appendix:**    $1,754.55
**Clerk's costs:**    $300.00
**Total:**    $2,054.55

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States