# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-four.

Before:    Denny Chin,
           Susan L. Carney,
           Beth Robinson,*

        *Circuit Judges*.

---

National Rifle Association of America,
    *Plaintiff-Appellee*,
            **ORDER**

    v.
            No. 21-636

Maria T. Vullo, both individually and in her former official capacity,
    *Defendant-Appellant*.

---

    The Court has received a certified copy of the Supreme Court's judgment in this case. *See* Dkt. 130 (certified judgment); S. Ct. R. 45(3) (governing mandates issued by the high Court). In light of this development, the parties are directed to file supplemental letter briefs, not to exceed 5,000 words, addressing the impact of the Supreme Court's decision, 602 U.S. 175 (2024), on this Court's holding with respect to whether Defendant-Appellant Vullo is protected by qualified immunity. The parties shall submit their supplemental letter briefs no later than 21 days after the date of this order.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk of Court

---

* Judge Rosemary S. Pooler, originally a member of the panel that heard oral argument in this case, died on August 10, 2023. Judge Beth Robinson was selected at random to complete the panel. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b).