## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Rifle Association v. Vullo _____ Docket No.: 21-636 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Danielle Desaulniers Stempel

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street NW, Washington, DC 20004

Telephone: (202) 637-5600 _____ Fax: (202) 637-5910

E-mail: danielle.stempel@hoganlovells.com

**Appearance for:** Maria T. Vullo (Appellant)

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )

(name/firm)

☑ Additional counsel (co-counsel with: Neal Kumar Katyal / Hogan Lovells US LLP )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Danielle Desaulniers Stempel

Type or Print Name: Danielle Desaulniers Stempel