# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-four.

_____

National Rifle Association of America,

    Plaintiff – Appellee,

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 21-636

IT IS HEREBY ORDERED that Appellant's request for the Court to set a schedule for supplemental briefing is DENIED as moot in light of the scheduling order entered on July 8, 2024.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

