**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: National Rifle Association v. Vullo  Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William Powell

Firm: Institute for Constitutional Advocacy and Protection at Georgetown Law

Address: 600 New Jersey Avenue NW, Washington, DC 20001

Telephone: (202) 661-6629    Fax: (202) 661-6730

E-mail: whp25@georgetown.edu

Appearance for: Maria T. Vullo (Appellant)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Neal Kumar Katyal / Hogan Lovells US LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ William Powell

Type or Print Name: William Powell