# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NRA v. Vullo                                   Docket No.: 21-636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert Corn-Revere

Firm: Foundation for Individual Rights and Expression

Address: 700 Pennsylvania Avenue, Southeast, Suite 340, Washington, D.C. 20003

Telephone: (215) 717-3473            Fax: (267) 573-3073

E-mail: bob.corn-revere@thefire.org

Appearance for: Foundation for Individual Rights and Expression
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellee The National Rifle Association of America )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/22/2021                                   OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Robert Corn-Revere

Type or Print Name: Robert Corn-Revere