# 21-636-CV

In The

**United States Court of Appeals for the Second Circuit**

NATIONAL RIFLE ASSOCIATION OF AMERICA

*Plaintiff-Appellee*,

v.

MARIA T. VULLO, both individually and in her former official capacity,

*Defendant-Appellant*,

ANDREW CUOMO, both individually and in his official capacity,
THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

*Defendants*.

Appeal from the United States District Court for the Northern District of New York, On Remand From The Supreme Court of the United States

**OPPOSITION TO FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION'S MOTION TO FILE AMICUS CURIAE BRIEF**

| | |
|---|---|
| Mary B. McCord | Neal Kumar Katyal |
| William Powell | William E. Havemann |
| INSTITUTE FOR CONSTITUTIONAL | Danielle Desaulniers Stempel |
| ADVOCACY AND PROTECTION | HOGAN LOVELLS US LLP |
| Georgetown University Law | 555 Thirteenth Street, N.W. |
| Center | Washington, D.C. 20004 |
| 600 New Jersey Avenue, N.W. | (202) 637-5600 |
| Washington, D.C. 20001 | neal.katyal@hoganlovells.com |

*Counsel for Defendant-Appellant Maria T. Vullo*

Defendant-Appellant Maria Vullo opposes the Foundation for Individual Rights and Expression (FIRE)'s motion for leave to file an amicus curiae letter brief. In support of her opposition, Vullo states the following:

1. On July 2, Vullo moved this Court to reinstate the panel's prior judgment or, in the alternative, to order supplemental briefing. Motion to Reinstate the Panel's Judgment or for Supplemental Briefing, Doc. No. 132 (July 2, 2024). Vullo and the National Rifle Association (NRA) jointly proposed a supplemental briefing schedule under which Vullo would file a full-length supplemental opening brief, the NRA would file a full-length supplemental response brief, and Vullo would file a full-length supplemental reply brief. *Id.* at 3.

2. On July 8, this Court directed the parties to instead file simultaneous supplemental letter briefs, not to exceed 5,000 words. Order, Doc. No. 135 (July 8, 2024). The Court's order did not provide for amicus curiae filings. *See id.* The next day, the Court denied the parties' motion for supplemental briefing as moot. Order, Doc. No. 139 (July 9, 2024). On July 29, the parties submitted their supplemental letter briefs. Doc. No. 142 (July 29, 2024); Doc. No. 143 (July 29, 2024).

3. On August 6, FIRE submitted a motion to file an amicus curiae letter brief in support of the NRA, citing Federal Rule of Appellate Procedure 29(a). Motion, Doc. No. 146 (Aug. 6, 2024). Counsel for FIRE did not contact Vullo's counsel in advance to obtain her position on that motion.

4. After this Court instructed FIRE that its filing was defective, Notice of Defective Filing, Doc. No. 148 (Aug. 6, 2024), counsel for FIRE contacted Vullo's counsel to request her position on FIRE's motion. Vullo's counsel composed a reply informing FIRE that Vullo opposed FIRE's motion, but due to a technical glitch, it appears that email was not delivered to FIRE. As such, Vullo provides this written opposition to inform the Court of her position.

5. Vullo opposes FIRE's motion for three reasons. First, the Court's July 8 briefing order provided for simultaneous letter briefs, rather than staggered, longer-form briefs as the parties had proposed. The Court's order also did not provide for amicus filings. Based on this, it appears the Court did not envision amicus participation in the supplemental letter briefing process. Second, although FIRE's motion invokes Federal Rule of Appellate Procedure 29(a), by its terms, that rule applies only to "amicus filings during a court's *initial consideration* of a case on the merits." Fed. R. App. P. 29(a)(1) (emphasis added). It does not govern here, where the parties are engaged in *supplemental* briefing. Third, under the parties' proposed staggered briefing schedule, Vullo would have had the opportunity to respond to FIRE's amicus brief in her supplemental reply. Under the Court's simultaneous letter briefing schedule, although FIRE was able to respond to Vullo's submission, Vullo has no such opportunity to substantively respond to FIRE's submission.

6. For the foregoing reasons, Vullo opposes FIRE's motion to file an amicus brief and respectfully requests that the Court deny FIRE's motion.

August 9, 2024

Mary B. McCord
William Powell
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001

Respectfully submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal
William E. Havemann
Danielle Desaulniers Stempel
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
neal.katyal@hoganlovells.com

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 508 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman.

/s/ Neal Kumar Katyal<br>Neal Kumar Katyal

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on August 9, 2024.  All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Neal Kumar Katyal
Neal Kumar Katyal