# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-four.

Before:      Beth Robinson,
                  *Circuit Judge.*

---

| | |
|---|---|
| National Rifle Association of America, | **ORDER** |
|     Plaintiff – Appellee, | Docket No. 21-636 |
| v. | |
| Maria T. Vullo, both individually and in her former official capacity, | |
|     Defendant - Appellant. | |

---

     The Foundation for Individual Rights and Expression moves for leave to file an amicus curiae letter brief in support of Appellee.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                   For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court