# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-four,

_____

National Rifle Association of America,

    Plaintiff – Appellee,

v.

Maria T. Vullo, both individually and in her former official capacity,

    Defendant - Appellant.
_____

**ORDER**

Docket No. 21-636

IT IS HEREBY ORDERED that the mandate in this case is recalled, and the above-captioned appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court