UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-four,

_____

| | |
|---|---|
| National Rifle Association of America, | **ORDER** |
|     Plaintiff – Appellee, | Docket No. 21-636 |
| v. | |
| Maria T. Vullo, both individually and in her former official capacity, | |
|     Defendant - Appellant. | |

_____

    IT IS HEREBY ORDERED that the mandate in this case is recalled, and the above-captioned appeal is reinstated.

    For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/10/2024