**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON** | **CATHERINE O'HAGAN WOLFE** |
| CHIEF JUDGE | CLERK OF COURT |

Date: September 10, 2024　　　　　　　　　DC Docket #: 18-cv-566
Docket #: 21-636cv　　　　　　　　　　　　DC Court: NDNY (SYRACUSE)
Short Title: National Rifle Association of v. Vullo　　DC Judge: McAvoy
　　　　　　　　　　　　　　　　　　　　　DC Judge: Hummel

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8539.