**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: September 12, 2024 | DC Docket #: 18-cv-566 |
| Docket #: 21-636cv | DC Court: NDNY (SYRACUSE) |
| Short Title: National Rifle Association of v. Vullo | DC Judge: McAvoy |
| | DC Judge: Hummel |

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_    Record on Appeal - Certified List

\_\_\_\_    Record on Appeal - CD ROM

\_\_\_\_    Record on Appeal - Paper Documents

\_\_\_\_    Record on Appeal - Electronic Index

\_\_x\_\_   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8539.