**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: National Rifle Association of America v. Vullo    Docket No.: 21-0636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Noel J. Francisco

Firm: Jones Day

Address: 51 Louisiana Ave., NW, Washington, D.C. 20001

Telephone: 202.879.5485    Fax: 202.626.1700

E-mail: njfrancisco@jonesday.com

Appearance for: National Rifle Association of America / Plaintiff-Appellee
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Sarah Brooke Rogers / Brewer, Attorneys & Counselors )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 10, 2022    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Noel J. Francisco

Type or Print Name: Noel J. Francisco