# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** National Rifle Association of America v. Vullo  **Docket No.:** 21-0636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Anthony J. Dick

**Firm:** Jones Day

**Address:** 51 Louisiana Ave., NW, Washington, D.C. 20001

**Telephone:** 202.879.7679   **Fax:** 202.626.1700

**E-mail:** ajdick@jonesday.com

**Appearance for:** National Rifle Association of America / Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☒ Substitute counsel (replacing other counsel: Noah Barnett Peters / Brewer, Attorneys & Counselors)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Anthony J. Dick

**Type or Print Name:** Anthony J. Dick