# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Rifle Association of America v. Vullo      Docket No.: 21-0636

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kelly Holt Rodriguez

Firm: Jones Day

Address: 90 South Seventh Street, Suite 4950, Minneapolis, MN 55402

Telephone: 612.217.8855        Fax: 202.626.1700

E-mail: kholt@jonesday.com

Appearance for: National Rifle Association of America / Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Noel J. Francisco / Jones Day )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 9/16/2024 .

Signature of Counsel: /s/ Kelly Holt Rodriguez

Type or Print Name: Kelly Holt Rodriguez