**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: July 17, 2025
Docket #: 21-636cv
Short Title: National Rifle Association of v. Vullo

DC Docket #: 18-cv-566
DC Court: NDNY (SYRACUSE)
DC Judge: McAvoy
DC Judge: Hummel

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.