# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-five.

Before:      Denny Chin,
                Susan L. Carney,
                Beth Robinson,
                   *Circuit Judges*.

---

National Rifle Association of America,

        Plaintiff - Appellee,

v.

Maria T. Vullo,

        Defendant - Appellant,

Andrew Cuomo, The New York State Department of Financial Services,

        Defendants.

**JUDGMENT**

Docket No. 21-636

---

The appeal in the above captioned case from an order of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order denying Appellant Maria T. Vullo's motion to dismiss on the basis of qualified immunity is REVERSED, and the case is REMANDED for the district court to enter judgment dismissing the remaining claims.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court