# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-0636

**Caption [use short title]**

**Motion for:** Extension of Time Within Which to File a Petition for Rehearing or Rehearing En Banc

National Rifle Association of America v. Vullo

**Set forth below precise, complete statement of relief sought:**

Appellants seek a 30-day extension of the time within which to file a petition for rehearing or rehearing en banc, to and including September 1, 2025.

**MOVING PARTY:** National Rifle Association of America
**OPPOSING PARTY:** Maria T. Vullo

☒ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Noel J. Francisco
**OPPOSING ATTORNEY:** William H. Havemann

[name of attorney, with firm, address, phone number and e-mail]

Jones Day, 51 Louisiana Ave, NW, Washington, DC 20001
Milbank LLP, 1850 K Street, NW, Washington, DC 20006

.202.879.5485
202.835.7518

njfrancisco@jonesday.com
whavemann@milbank.com

**Court- Judge/ Agency appealed from:** N.D.N.Y. - Hon. Thomas J. McAvoy

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ✓ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☒ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: November 13, 2024

**Signature of Moving Attorney:**
/s/ Noel J. Francisco    **Date:** 7/24/2025    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA,
       *Plaintiff-Appellee*,

– v. –

MARIA T. VULLO, both individually and in her former official capacity,
    *Defendant-Appellant*,

ANDREW CUOMO, both individually and in his official capacity, THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,
    *Defendants*.

No. 21-0636

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE
A PETITION FOR REHEARING OR REHEARING EN BANC**

  Plaintiff-Appellee National Rifle Association respectfully requests a 30-day extension of time within which to file a petition for rehearing or rehearing en banc in this case.

  This Court's judgment in this case was entered on July 17, 2025. Absent an extension of time, a petition for rehearing is due under Federal Rule of Appellate Procedure 40(a)(1) on July 31, 2025.

  The extension of time is necessary to allow appellants time to determine whether to file a petition for rehearing or rehearing en banc in this case, and to prepare a petition if the decision is made to do so. This long-running case has a complex procedural history and involves defendants not parties to the present appeal and claims that remain pending in district court, complicating the decision whether to seek rehearing. Compliance with the current deadline is also complicated by counsel's pre-scheduled travel and other briefing obligations.

Counsel for Plaintiff-Appellee contacted counsel for the Defendant-Appellant, who represented that the Defendant-Appellant opposes this request but does not intend to respond.

WHEREFORE, Plaintiff-Appellee respectfully requests that this Court enter an order extending the time within which to file a petition for rehearing or rehearing en banc, to and including September 1, 2025.

| | |
|---|---|
| July 24, 2025 | Respectfully submitted |
| | /s/ Noel J. Francisco |
| | Noel J. Francisco |
| | Anthony J. Dick |
| | JONES DAY |
| | 51 Louisiana Ave., NW |
| | Washington, D.C. 20001 |
| | (202) 879-3939 |
| | njfrancisco@jonesday.com |
| | |
| | *Counsel for Plaintiff-Appellee* |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Plaintiffs certify as follows:

National Rifle Association of America ("NRA") is a New York not-for-profit corporation. The NRA issues no stock, and therefore no publicly held corporation owns 10% or more of its stock.

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify that:

1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 200 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.  This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in a 14-point font.

July 24, 2025                                                    /s/ Noel J. Francisco

                                                                                            Noel J. Francisco

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2025, an electronic copy of this motion was filed with the Clerk of Court using the CM/ECF system and thereby served upon all counsel appearing in this case.

<u>/s/ Noel J. Francisco</u>

Noel J. Francisco