# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-five.

Before:     Beth Robinson,
              *Circuit Judge.*

---

National Rifle Association of America,

    Plaintiff - Appellee,             **ORDER**

v.                                       Docket No. 21-636

Maria T. Vullo,

    Defendant – Appellant.

---

Appellee moves for a 30-day extension of time to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED. The petition must be filed by September 2, 2025.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

