**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-five.

Before:    Denny Chin,
              Susan L. Carney,
              Beth Robinson,
                  *Circuit Judges.*

_____

National Rifle Association of America,

       Plaintiff - Appellee,

**JUDGMENT**

Docket No. 21-636

v.

Maria T. Vullo,

       Defendant - Appellant,

Andrew Cuomo, The New York State Department of Financial Services,

       Defendants.

_____

    The appeal in the above captioned case from an order of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order denying Appellant Maria T. Vullo's motion to dismiss on the basis of qualified immunity is REVERSED, and the case is REMANDED for the district court to enter judgment dismissing the remaining claims.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/10/2025