# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 20, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Rifle Association of America
          v. Maria T. Vullo
          No. 25-479
          (Your No. 21-636)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 15, 2025 and placed on the docket October 20, 2025 as No. 25-479.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst